

FILED
OCT 2 8 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WALTER THOMPSON, a/k/a
AL THOMPSON d/b/a
CENCAL SALES COMPANY, d/b/a
CENCAL AVIATION PRODUCTS,

    Defendants.

NO. CIV. S 03-1532 FCD GGH

ORDER

----ooOoo----

    By order dated March 5, 2004, the court held defendant, Walter Thompson ("defendant"), in contempt of the preliminary injunction entered on September 12, 2003. Defendant was ordered remanded to the custody of the United States Marshals until further order of this court.

    At a hearing on April 20, 2004, defendant indicated his intent to comply with the Court's order. The Court ordered defendant released from custody to provide defendant an

opportunity to purge his contempt by complying with the court order.

The court set a status hearing for June 25, 2004 to determine if defendant had purged contempt. Defendant did not appear and indicated by written Declaration that he did not intend to comply with the court's order. At the June 25, 2004 hearing, the court ordered defendant remanded to the custody of the United States Marshals until further order of this court.

Defendant was arrested on August 9, 2004 and since that time, he has been in custody at the Sacramento County Jail. The court has held status conferences periodically since defendant's arrest to determine whether he has made progress toward purging his contempt. At these hearings, defendant has continued to raise baseless, legally unsupported arguments regarding the jurisdiction of the court, the legal force of the Internal Revenue Code and the spelling of defendant's name.

Courts have inherent power to coerce obedience with order by holding a person in civil contempt and incarcerating him until he complies. Shillitani v. United States, 384 U.S. 364 (1966). However, when a court finds that confinement has lost its coercive effect, the confinement essentially becomes punitive and violative of due process. Lambert v. State of Montana, 545 F.2d 87 (9th Cir. 1976). Once this point is reached, the contemnor must be released.

Defendant has been incarcerated for nearly three months. During this period, defendant has indicated repeatedly that he does not intend to comply with the court's order, and the court is aware of no efforts by defendant to purge his contempt. In

light of this, the court finds that continued confinement would not have a coercive effect on defendant. Accordingly, defendant must be released.

## CONCLUSION

For the foregoing reasons, the United States marshals are directed to release Walter A. Thompson forthwith.

It is so ordered.

DATED: October 28, 2004

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE

ds

United States District Court
for the
Eastern District of California
October 28, 2004

* * CERTIFICATE OF SERVICE * *

2:03-cv-01532

USA

v.

Thompson

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 28, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

McGregor William Scott
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

MP/FCD

USM

Anne Norris Graham
GOV ATTY
U S Department of Justice
Office of Special Litigation
P O Box 7238
Ben Franklin Station
Washington, DC   20044

Walter - Thompson
504 Hanland Court
Redding, CA   96003-3729

Denise Thompson
504 Hanland Court
Redding, CA   96003

Anthony Thompson
3400 Shasta Gateway Dr.
Suite D
Shasta Lake, CA   96019

Jack L. Wagner, Clerk

by Deputy Clerk

United States District Court
for the
Eastern District of California
November 5, 2004

* * CERTIFICATE OF RE-SERVICE * *

2:03-cv-01532

USA

   v.

Thompson

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 5, 2004, I RE-SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

   McGregor William Scott                 MP/FCD
   United States Attorney
   501 I Street                                 USM
   Suite 10-100
   Sacramento, CA   95814

   Anne Norris Graham
   GOV ATTY
   U S Department of Justice
   Office of Special Litigation
   P O Box 7238
   Ben Franklin Station
   Washington, DC   20044

   Walter - Thompson
   504 Hanland Court
   Redding, CA   96003-3729

   Denise Thompson
   504 Hanland Court
   Redding, CA   96003

   Anthony Thompson
   2090 Penn Drive
   Redding, CA   96002-0707

Jack L. Wagner, Clerk

Deputy Clerk