McGREGOR W. SCOTT
United States Attorney

ANNE NORRIS GRAHAM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 353-4384
Facsimile: (202) 514-6770

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CIV. S-03-1532 FCD GGH |
| | ) | |
| Plaintiff, | ) | **United States' Notice of Voluntary** |
| | ) | **Dismissal of Claims Against** |
| v. | ) | **Anthony and Denise Thompson** |
| | ) | |
| THOMPSON, et al., | ) | **Hon. Frank C. Damrell, Jr.** |
| Defendants. | ) | |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), the United States voluntarily dismisses its claims against defendants Anthony and Denise Thompson without prejudice. Neither Anthony nor Denise Thompson has served an answer or a motion for summary judgment; accordingly, Rule 41(a)(1) permits the United States to dismiss its claims against these defendants without order of court.

    Dated: August 12, 2005

                                                  Respectfully submitted,

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

                                                  /s/Anne Norris Graham
                                                  ANNE NORRIS GRAHAM
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice
                                                  Post Office Box 7238
                                                  Washington, D.C. 20044
                                                  Tel.: (202) 353-4384
                                                  Fax: (202) 514-6770

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST ANTHONY AND DENISE THOMPSON has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 12TH day of August, 2005.

Walter Thompson
Register No. 15089-97
CI TAFT
Correctional Institution
P.O. Box 7001
Taft, CA 93268

Anthony Thompson
1230 Canby Road, Apt. 46
Redding, CA 96003

Denise Thompson
504 Hanland Court
Redding, CA 96003

/s/Anne Norris Grahm
ANNE NORRIS GRAHAM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 353-4384