McGREGOR W. SCOTT
United States Attorney

ANNE NORRIS GRAHAM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone:  (202) 353-4384
Facsimile:  (202) 514-6770

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THOMPSON, et al.,<br>　　　　　Defendants. | Case No. CIV. S-03-1532 FCD GGH<br>**Order Granting Ex Parte Application**<br>**To Shorten Time To Have Heard**<br>**Motion To Modify Status (Pretrial**<br>**Scheduling) Order To Move Dispositive**<br>**Motions Deadline**<br><br>**Hon. Frank C. Damrell, Jr.** |

Upon ex parte application by plaintiff the United States of America, the Court hereby ORDERS that the hearing on the United States' Motion To Modify the Status (Pretrial Scheduling) Order To Move Dispositive Motions Deadline shall be held on September 9, 2005, at 10:00 a.m.  Any response to the United States' Motion to Modify the Status (Pretrial Scheduling) Order To Move Dispositive Motions Deadline shall be filed no later than August 31, 2005.

SO ORDERED this 19th day of August, 2005.


　　　　　　　　　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

Prepared and submitted by:

McGREGOR W. SCOTT
United States Attorney


/s/Anne Norris Graham
ANNE NORRIS GRAHAM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Tel.:  (202) 353-4384
Fax:  (202) 514-6770

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing proposed ORDER GRANTING EX PARTE APPLICATION TO SHORTEN TIME TO HAVE HEARD ITS MOTION TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER TO MOVE DISPOSITIVE MOTIONS DEADLINE has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 18TH day of August, 2005.

    Walter Thompson
    Register No. 15089-97
    CI TAFT
    Correctional Institution
    P.O. Box 7001
    Taft, CA 93268

    Anthony Thompson
    1230 Canby Road, Apt. 46
    Redding, CA 96003

    Denise Thompson
    504 Hanland Court
    Redding, CA  96003

    /s/Anne Norris Grahm
    ANNE NORRIS GRAHAM
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 7238
    Washington, D.C.  20044
    Telephone: (202) 353-4384