McGREGOR W. SCOTT
United States Attorney

ANNE NORRIS GRAHAM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone:  (202) 353-4384
Facsimile:  (202) 514-6770

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CIV. S-03-1532 FCD GGH |
| | ) | |
| Plaintiff, | ) | **Order Modifying the Status (Pretrial** |
| | ) | **Scheduling) Order to Move Dispositive** |
| v. | ) | **Motions Deadline** |
| | ) | |
| THOMPSON, et al., | ) | |
| | ) | **Hon. Frank C. Damrell, Jr.** |
| Defendants. | ) | **September 9, 2005 at 10:00 a.m.** |

Upon motion by plaintiff, the United States of America, and upon failure of the defendant, Walter Thompson, to file an opposition or a notice of non-opposition, the Court hereby GRANTS Plaintiff's Motion to Modify and it is hereby ORDERED that the Status (Pretrial Scheduling) Order is modified to require that all dispositive motions be heard no later than September 23, 2005 at 10:00 a.m.  Plaintiff shall file an amended notice of motion for summary judgment and any supplemental briefing to the motion filed on August 12, 2005  no later than 5:00 p.m. on September 8, 2005.  Opposition to the motion shall be filed no later than September 16, 2005 and a reply, if necessary,  no later than September 20, 2005.  All other dates as set in the Scheduling Order shall remain as calendared.

SO ORDERED this 6th day of September, 2005.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge

Prepared and submitted by:

McGREGOR W. SCOTT
United States Attorney


/s/Anne Norris Graham
ANNE NORRIS GRAHAM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Tel.:  (202) 353-4384
Fax:  (202) 514-6770

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing proposed ORDER MODIFYING THE STATUS (PRETRIAL SCHEDULING) ORDER TO MOVE DISPOSITIVE MOTIONS DEADLINE has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 30TH day of August, 2005.

>Walter Thompson
>Register No. 15089-97
>CI TAFT
>Correctional Institution
>P.O. Box 7001
>Taft, CA 93268
>
>Anthony Thompson
>1230 Canby Road, Apt. 46
>Redding, CA 96003
>
>Denise Thompson
>504 Hanland Court
>Redding, CA  96003

/s/Anne Norris Grahm
ANNE NORRIS GRAHAM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-4384